IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE ASTACIO and PATRICIA GARZA, ) | |
| ) | Case No. 1:17-cv-07032 |
| ) | |
| Plaintiffs, ) | |
| ) | Honorable Andrea R. Wood, |
| v. ) | Judge Presiding |
| ) | |
| SAULT WEST 118, INC., an Illinois ) | |
| corporation, d/b/a DYLAN'S TAVERN & ) | |
| GRILL, FARIS FAYCURRY, CEASAR ) | Magistrate Judge Jeffrey Cole |
| FAYCURRY, and GEORGE FAYCURRY, ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION FOR DISMISSAL**

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL, the Court being advised in the premises that the parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction;

IT IS HEREBY ORDERED THAT:

1. This case is dismissed, without prejudice, and all parties shall bear their own attorney's fees and costs.

2. Any party may file a motion to enforce the parties' settlement agreement or a motion for additional time to file a motion to enforce the settlement agreement on or before May 18, 2018.

3. In the event that no motion listed in paragraph 2 is filed on or before May 18, 2018, the case shall be dismissed with prejudice on the next business day and without further order of the Court.

/s/ Timothy M. Nolan  /s/ Scott Cruz
_____  _____
Attorney for the Plaintiffs  Attorney for the Defendants

Dated…………………………………, 2017

ENTER_____
Judge